| | |
|---|---|
| 1 | Steven G. Rosales |
| | Attorney at Law: 22224 |
| 2 | Law Offices of Lawrence D. Rohlfing |
| | 12631 East Imperial Highway, Suite C-115 |
| 3 | Santa Fe Springs, CA 90670 |
| | Tel.: (562)868-5886 |
| 4 | Fax: (562)868-5491 |
| | E-mail: rohlfing_office@speakeasy.net |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Rosemary Chacon |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSEMARY CHACON, | ) | Case No.: CV 08-1739 PLA |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| vs. | ) | ATTORNEY FEES PURSUANT TO |
| | ) | 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | **NOTE CHANGES MADE** |
| | ) | **BY COURT** |
| Defendant | ) | |
| | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights, the amount of $3,400.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. **Plaintiff's Petition for Attorney Fees, filed April 17, 2009, is denied as moot.**

DATE:  May 12, 2009

_/s/ Paul L. Abrams_
_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF LAWRENCE D. ROHLFING
3 | /s/ Steven G. Rosales
_____
4 | Steven G. Rosales
Attorney for plaintiff Rosemary Chacon
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26